UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Demetrius A. Brown</u>

    v.                                       Case No. 22-cv-70-SE

<u>Littleton Coin Company</u>

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 29, 2022. For the reasons set forth therein, the plaintiff's action is dismissed in its entirety.

The clerk shall enter judgment and close this case.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 18, 2022

cc:   Demetrius A. Brown, pro se